IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Olavarria Jr, Ruben | Case Number:  07 B 07817 |
| Olavarria, Brenda L | Judge:  Goldgar, A. Benjamin |
| Printed:  10/16/07 | Filed:  4/30/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  September 4, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,048.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 991.41 |
| Trustee Fee: | | 56.59 |
| Other Funds: | | 0.00 |
| Totals: | 1,048.00 | 1,048.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stuart B Handelman | Administrative | 1,200.00 | 991.41 |
| 2. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 4. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 5. | Chase Bank | Secured | 0.00 | 0.00 |
| 6. | Midland Credit Management | Unsecured | 1,610.86 | 0.00 |
| 7. | Capital One | Unsecured | 658.42 | 0.00 |
| 8. | Bank Of America | Unsecured | 2,490.01 | 0.00 |
| 9. | Chase Bank | Unsecured | 1,257.98 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 2,490.01 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 3,972.35 | 0.00 |
| 12. | Chase Bank | Unsecured | 1,227.73 | 0.00 |
| 13. | 77th St Depot Federal Credit Union | Unsecured | 2,415.44 | 0.00 |
| 14. | B-Real LLC | Unsecured | 5,913.71 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 1,392.61 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 4,291.34 | 0.00 |
| 17. | Capital One | Unsecured | | No Claim Filed |
| 18. | Harlem Furniture | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 28,920.46 | $ 991.41 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 56.59 |
| | _____ |
| | $ 56.59 |

8

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Olavarria Jr, Ruben | Case Number:  07 B 07817 |
| Olavarria, Brenda L | Judge:  Goldgar, A. Benjamin |
| Printed:  10/16/07 | Filed:  4/30/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

Denise Ashley